IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ASGEIRR ULFR,

     Appellant,

 v.

                                Case No.  5D21-2270
                                LT Case No. 2018-CF-1124-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.